UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE RIVERA MARES,<br><br>　　　　　　　Petitioner,<br>　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | Case No.: 10-CV-04449-LHK<br>Criminal Case No.: 09-CR-00885-LHK-1<br><br>ORDER GRANTING IN PART REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION |

The United States has requested an extension of time to file a response to Petitioner's motion filed under 28 U.S.C. § 2255. The government requests an extension of 60 days, until April 19, 2012, in order to review the transcript of the sentencing hearing. The court reporter, Summer Fisher, has indicated that the transcript will be available no later than February 23, 2012. The United States is GRANTED an extra two weeks after February 23, 2012 in order to file their response. Therefore, the United States' response is due by March 8, 2012.

**IT IS SO ORDERED.**

Dated: January 30, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04449-LHK, 09-CR-00885-LHK-1
ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME